IN THE COURT OF APPEALS OF TENNESSEE
AT NASHVILLE
July 12, 2024

## BRITTNEY C. SHEDD v. TENNESSEE BOARD OF NURSING

**Appeal from the Chancery Court for Rutherford County**
**No. 22CV-2204      Bonita Jo Atwood, Judge**

_____

**No. M2024-01018-COA-R3-CV**

_____

This is an appeal from an order dismissing a complaint for judicial review. Because the appellant did not file her notice of appeal with the clerk of the appellate court within thirty days after entry of the order as required by Tennessee Rule of Appellate Procedure 4(a), we dismiss the appeal.

**Tenn. R. App. P. 3 Appeal as of Right; Appeal Dismissed**

ANDY D. BENNETT, W. NEAL MCBRAYER, and JEFFREY USMAN, JJ.

Brittney Chanel Shedd, Murfreesboro, Tennessee, pro se.

Rachel Greer Appelt, Nashville, Tennessee, for the appellee, Tennessee Board of Nursing.

**MEMORANDUM OPINION**[1]

Brittney Chanel Shedd has filed a notice of appeal from an order entered on April 13, 2023, dismissing her Complaint for Judicial Review for lack of subject matter jurisdiction. Tennessee Rule of Appellate Procedure 4(a) requires that a notice of appeal be filed with the clerk of the appellate court within thirty days after entry of the judgment appealed. Ms. Shedd did not file her notice of appeal until July 11, 2024, more than a year after entry of the judgment.

---

[1]A case designated as a memorandum opinion "shall not be published, and shall not be cited or relied on for any reason in any unrelated case." Tenn. Ct. App. R. 10.

The thirty-day time limit for filing a notice of appeal is mandatory and jurisdictional. *Albert v. Frye*, 145 S.W.3d 526, 528 (Tenn. 2004); *Binkley v. Medling*, 117 S.W.3d 252, 255 (Tenn. 2003). This Court can neither waive nor extend the time period. Tenn. R. App. P. 2 and 21(b); *Flautt & Mann v. Council of City of Memphis*, 285 S.W.3d 856, 868 at n.1 (Tenn. Ct. App. 2008); *Jefferson v. Pneumo Servs. Corp.*, 699 S.W.2d 181, 184 (Tenn. Ct. App. 1985). The failure to file a timely notice of appeal deprives this Court of jurisdiction to hear the matter. *Flautt & Mann v. Council of City of Memphis*, 285 S.W.3d at 869 at n.1.

The appeal is dismissed for failure to file a timely notice of appeal. All pending requests for relief are denied. Ms. Shedd is taxed with the costs for which execution may issue.

PER CURIAM